IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION | : : : : : | Civil Action No. 21-cv-5578 |
| Plaintiffs, | : : | |
| v. | : : | |
| BUCKS COUNTY WATER AND SEWER AUTHORITY, | : : : | |
| Defendant. | : | |

## NOTICE OF LODGING OF CONSENT DECREE

Plaintiffs hereby notify the Court that it is lodging a Consent Decree that resolves the action captioned above, begun today by the concurrent filing of a Complaint. Attachment 1, proposed Consent Decree. The proposed Consent Decree resolves the United States' and Commonwealth's claims alleged in the Complaint against the Defendant Bucks County Water and Sewer Authority for injunctive relief and civil penalties pursuant to the federal Clean Water Act and Pennsylvania Clean Streams Law.

No action is required of the Court at this time. In accordance with 28 C.F.R. § 50.7, the Department of Justice must publish in the Federal Register a notice of lodging of this Consent Decree and provide a 30-day public comment period. After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decree unless the comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, improper, or inadequate.

Dated:  December 22, 2021	Respectfully submitted,

                JENNIFER ARBITTIER WILLIAMS
                United States Attorney

                /s/Gregory B. David
                GREGORY B. DAVID
                Assistant United States Attorney
                Chief, Civil Division
                Eastern District of Pennsylvania
                615 Chestnut Street, Suite 1250
                Philadelphia, PA 19106-4476
                TEL: (215) 861-8200
                FAX: (215) 861-8618
                *Counsel for the United States*

OF COUNSEL:
Lourdes Bufill
United States Environmental Protection Agency
Office of Compliance and Enforcement Assurance
1200 Pennsylvania Ave., NW
Washington, D.C.  20460

Pamela J. Lazos
Senior Assistant Regional Counsel
United States Environmental Protection Agency
Region III
1650 Arch Street
Philadelphia, PA 19103

                /s/William H. Gelles
                WILLIAM H. GELLES
                Supervisory Counsel
                Regional Counsel
                Commonwealth of Pennsylvania
                Department of Environmental Protection
                Southeast Office of Chief Counsel
                2 East Main Street
                Norristown, PA  19401
                484-250-5862