IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br>*Plaintiffs* | : : : : : | CIVIL ACTION |
| v. | : : | |
| BUCKS COUNTY WATER AND SEWER AUTHORITY,<br>*Defendant* | : : : : | No. 21-5578 |

## ORDER

**AND NOW**, upon consideration of plaintiffs' uncontested Motion to Enter Consent Decree (Doc. No. 3), and the expiration of the 30-day public comment period, it is **ORDERED** that the Motion (Doc. No. 3) is **GRANTED. JUDGMENT IS HEREBY ENTERED** in accordance with the Consent Decree in favor of the plaintiffs and against Bucks County Water and Sewer Authority. Concurrently with the entry of this Order, the Court will sign the Consent Decree and enter it as an Order of the Court.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1