IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,** *et al.* <br>       *Plaintiffs* <br><br>       **v.** <br><br> **BUCKS COUNTY WATER AND SEWER AUTHORITY** <br>       *Defendant* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br><br> **NO. 21-5578** |

**O R D E R**

**AND NOW,** this 21st day of October 2024, upon consideration of *parties' joint status update and request that the court not close this matter*, (ECF 9), it is hereby **ORDERED** that this case is **CLOSED**.[1]  Consistent with the Consent Decree, this Court retains jurisdiction over this matter for purposes of enforcing the Consent Decree, and for entering any and all additional orders deemed necessary to implement the effect and intent of the Consent Decree, including without limitation orders necessary for dispute resolution, enforcement, modification, and termination.

                                                               **BY THE COURT:**

                                                               /s/ *Nitza I. Quiñones Alejandro*
                                                               **NITZA I. QUIÑONES ALEJANDRO**
                                                               *Judge, United States District Court*

---

[1] The Commonwealth of Pennsylvania, Department of Environmental Protection and the United States of America ("Plaintiffs") filed this action alleging, *inter alia,* that Defendant Bucks County Water and Sewer Authority ("Defendant") failed to properly operate and maintain its sewer system and to prevent sanitary sewer overflows. (ECF 1).  On March 24, 2022, the Honorable Gene E.K. Pratter entered judgment in accordance with a Consent Decree between the parties.  (ECF 6).  The matter was subsequently reassigned to the undersigned, and this Court entered a Rule to Show Cause why the matter should not be marked closed.  (ECF 7, 8).  In response, parties filed a *joint status update and request that the court not close the matter*, requesting in the alternatively, that this Court close the case for statistical purposes, but retain jurisdiction to enter orders as needed for the enforcement, modification, dispute resolution, and/or termination of the Consent Decree.  (ECF 9).  Since this matter has in essence resolved, this Court will close the case, and retain jurisdiction to enforce the Consent Decree consistent with the parties' request.